**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, MARSHALL LOSKOT**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>   Plaintiff,<br>v.<br><br>FOODS NORTH, L.P., a California Limited Partnership, dba CARL'S JR., ROBERT WATERMAN, Trustee of the ROBERT WATERMAN LIVING TRUST, and DOES ONE through FIFTY, inclusive,<br><br>   Defendants. | Case No.   2:13-CV-1953 MCE CMK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE, ORDER<br>FRCP 41(a)(1)(A)(ii) |

   Plaintiff **MARSHALL LOSKOT** and Defendants **FOODS NORTH, L.P., a California Limited Partnership, dba CARL'S JR., ROBERT WATERMAN, Trustee of the ROBERT WATERMAN LIVING TRUST**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

   1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, pursuant to FRCP 41(a), each party to bear their own attorney fees and costs.

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: April 25, 2014    /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**MARSHALL LOSKOT**

**NISSON, PINCIN & HILL**

Dated: April 24, 2014    /s/ Duane H. Timmons           .
Duane H. Timmons
Attorneys for Defendants
**FOODS NORTH, L.P. and ROBERT WATERMAN**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice, the action <u>LOSKOT v FOODS NORTH, et al.</u>, Case Number 2:13-CV-1953 MCE CMK, is DISMISSED with prejudice with each party to bear their own attorney fees and costs.  The Clerk of the court is ordered to CLOSE this case.

IT IS SO ORDERED.

Dated: May 2, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT